UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYJUAN GRAY,

     Plaintiff,

v.

SERGEANT WHITE, DEPUTY
THORNTON, DEPUTY IRISH, and
DEPUTY STORMS,

     Defendants.

Case No. 23-cv-10507

Honorable Robert J. White

---

**ORDER DENYING PLAINTIFF'S UNOPPOSED MOTION TO COMPEL
THE CLERK OF THE COURT TO PRODUCE COPIES OF COURT
DOCUMENTS WITHOUT CHARGE**

---

Tyjuan Gray is currently incarcerated with the Federal Bureau of Prisons at United States Penitentiary Florence ADMAX.  He commenced this *pro se* 42 U.S.C. § 1983 action against Genesee County Deputy Sheriff's Brandon Thornton, Matthew Irish, Connor Storms, and then-Sergeant Jason White.  The complaint alleges that the deputies violated the United States Constitution when they assaulted Gray while he was detained at the Genesee County jail in August 2021.

Before the Court is Gray's unopposed motion to compel the Clerk of the Court to produce copies of documents filed to the docket without charge. (ECF No. 103). Gray was permitted to proceed *in forma pauperis* here in the district court. (ECF No.

9). And the Court granted his motion to proceed *in forma pauperis* on appeal. (ECF No. 102). But Gray's *in forma pauperis* status does not entitle him to obtain copies of documents filed to the docket free of charge. *See Standard Ins. Co. v. Guy*, No. 21-5562, 2023 U.S. App. LEXIS 10882, at *2 (6th Cir. May 3, 2023) (stating that "[l]eave to proceed as a pauper . . . does not give the litigant a right to have documents copied and returned to him at government expense.") (quotation omitted); *see also In re Richard*, 914 F.2d 1526, 1527 (6th Cir. 1990); *Douglas v. Green*, 327 F.2d 661, 662 (6th Cir. 1964) (per curiam) ("The statutory right to proceed in forma pauperis, Section 1915(a), Title 28 United States Code, does not include the right to obtain copies of court orders without payment therefor.").

The Federal Rules of Civil Procedure Gray references in his motion do not authorize the requested relief either. Those provisions govern the filing of discovery requests and the production of discoverable materials between the parties. *See* Fed. R. Civ. P. 26(a), 34, 37(a). They do not compel the Clerk of the Court to provide Gray with the materials he requests free of charge. Accordingly,

IT IS ORDERED that Gray's unopposed motion to compel the Clerk of the Court to produce copies of documents filed to the docket without charge (ECF No. 103) is denied.

2

3

Dated: May 4, 2026

s/ Robert J. White
Robert J. White
United States District Judge